960

No. 165. CALVARY BIBLE PRESBYTERIAN CHURCH OF SEATTLE ET AL. *v.* BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON. Sup. Ct. Wash. Certiorari denied. *William H. Botzer* for petitioners. *John J. O'Connell,* Attorney General of Washington, and *James B. Wilson,* Assistant Attorney General, for respondent. ▮

No. 494. ELDEN *v.* ADDISON FARMERS MUTUAL INSURANCE Co. App. Ct. Ill., 2d Dist. Certiorari denied. *William Elden,* petitioner, *pro se.* ▮

No. 503. KINGTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John T. Gilbertson* for petitioner. *Solicitor General Griswold* for the United States. ▮

No. 506. NEW YORK SHIPPING ASSN., INC., ET AL. *v.* DISTRICT 2, MARINE ENGINEERS BENEFICIAL ASSN. (AFL–CIO) ET AL. Ct. App. N. Y. Certiorari denied. *Alfred Giardino* and *E. Barrett Prettyman, Jr.,* for petitioners. *Howard Schulman* for respondents. ▮

No. 508. QUALLS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frederick C. Kurth* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *James J. Wood,* Assistant Attorney General, for respondent.

No. 514. FINKS ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Walter E. Gillcrist* and *J. Gordon Forester, Jr.,* for petitioners. *Solicitor General Griswold* for the United States. ▮